UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHAMMA K. BRANDON,      :
         Plaintiff,      :
               :      **ORDER REGARDING**
v.      :      **SEALED DOCUMENTS**
               :
MARK ROYCE,      :      16 CV 5552 (VB)
         Defendant.      :
------------------------------------------------------------x

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/20

    The Court having So Ordered a Stipulation of Confidentiality and Protective Order on January 24, 2020, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in Section 6 of the Court's Electronic Case Filing Rules & Instructions, as well as the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records;

2. A full and unredacted courtesy copy of any submission of documents filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: January 24, 2020
      White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge