UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHAMMA K. BRANDON,  :
          Plaintiff,  :
            :   **ORDER**
v.  :
            :   16 CV 5552 (VB)
MARK ROYCE,  :
          Defendant.  :
--------------------------------------------------------------x

      As discussed at a conference held today, which counsel for both parties attended by telephone, it is HEREBY ORDERED:

      1.    By August 21, 2020, the parties shall submit a Joint Pretrial Order, in accordance with Paragraph 4.A of the Court's Individual Practices.

      2.    By September 18, 2020, the parties shall file proposed voir dire, any motions in limine, joint proposed jury instructions, and a joint verdict form. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

      3.    Oppositions to motions in limine, if any, are due October 2, 2020.

      4.    A pre-trial conference is scheduled for September 10, 2020, at 10:00 a.m., for the purpose of discussing how much notice the parties will require prior to jury selection and trial. Counsel shall attend by calling the following number and entering the access code when requested:

      **Number: (888) 363-4749 (toll-free) or (215) 446-3662**

      **Access Code: 1703567**

Dated: July 8, 2020
       White Plains, NY

                           SO ORDERED:

                           _____
                           Vincent L. Briccetti
                           United States District Judge