UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHAMMA K. BRANDON,
         Plaintiff,

v.

MARK ROYCE,
         Defendant.
--------------------------------------------------------------x

**ORDER**

16 CV 5552 (VB)

      As discussed at an on-the-record conference held today, which counsel for both parties attended by telephone, it is HEREBY ORDERED:

      1.    For the reasons stated on the record, plaintiff's application to reopen discovery is DENIED.

      2.    The due date for the parties to file proposed voir dire, any motions in limine, joint proposed jury instructions, and a joint verdict form remains September 18, 2020. (See Paragraph 4.B of the Court's Individual Practices). The due date for oppositions to motions in limine, if any, remains October 2, 2020.

      3.    By separate Order, the Court shall refer this case to Magistrate Judge Davison for a settlement conference.

      4.    By no later than December 9, 2020, counsel shall submit a joint letter regarding the status of their settlement discussions and whether there is anything further the Court can do to assist in that regard.

      5.    A final pretrial conference is scheduled for January 15, 2021, at 2:30 p.m. This conference will be conducted in person at the Courthouse. Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at: https://www.nysd.uscourts.gov/ sites/default/files/2020-

1

07/SDNY%20Screening%20Instructions.pdf. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

      6.      Jury selection and trial are tentatively scheduled to begin on February 1, 2021, at 9:00 a.m., subject to the Court's COVID-19 scheduling protocols, absent further Court Order.

Dated: September 10, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge