UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHAMMA K. BRANDON,                        :
                        Plaintiff,        :
                                          :        **ORDER**
v.                                        :
                                          :        16 CV 5552 (VB)
MARK ROYCE,                               :
                        Defendant.        :
------------------------------------------------------------x

As discussed at a teleconference and follow-up call held today, each of which counsel for both parties attended, it is HEREBY ORDERED:

1.      The jury selection and trial scheduled for February 1, 2021, at 9:00 a.m., is adjourned.  Jury selection and trial are tentatively scheduled to begin September 7, 2021, at 9:30 a.m., subject to the Court's COVID-19 scheduling protocols, absent further Court Order.

2.      The final pre-trial conference scheduled for January 15, 2021, at 2:30 p.m., is adjourned to August 30, 2021, at 2:30 p.m.  At this time, the Court expects to conduct this conference in person at the Courthouse.

Dated:  December 28, 2020
        White Plains, NY

                        SO ORDERED:


                        _____
                        Vincent L. Briccetti
                        United States District Judge