UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

CHAMMA K. BRANDON,

        Plaintiff,

v.

MARK ROYCE, Deputy Superintendent of Security; LESLIE MALIN, Deputy Superintendent of Programs; and JOHN V. WERLAU, Safety and Security Lieutenant, in their Official and Individual Capacities,

        Defendants.

---

16 CV 5552 (VB)(PED)

**WRIT OF
HABEAS CORPUS
AD TESTIFICANDUM**

PRESENT: HON. VINCENT L. BRICCETTI

TO:    MICHAEL CAPRA, Superintendent of Sing Sing Correctional Facility, 354 Hunter Street, Ossining, NY 10562;

        ANTHONY J. ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Harriman State Office Campus, 1220 Washington Avenue, Albany, NY 12226;

        RALPH SOZIO, U.S. Marshal & U.S. Marshals Service (S.D.N.Y.), 500 Pearl St., Suite 400, New York, NY 10007.

**GREETINGS**:

YOU ARE HEREBY COMMANDED to produce third-party ANTHONY ARRIAGA, DIN 06A0542, presently detained in the Sing Sing Correctional Facility, in the custody of the New York State Department of Corrections and Community Supervision ("DOCCS"), for trial of this action, as follows:

    1.    to be brought under safe and secure custody to a facility you determine to be in the vicinity of the United States Courthouse, 300 Quarropas Street, White Plains, New York, 10601-4150;

2. to be brought under safe and secure custody to the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, on September 8, 2021 at 9:00 A.M., and any continued date as necessary, for a trial beginning on that day and lasting until September 14, 2021; and

3. upon the satisfaction of this Writ by the Court, DOCCS shall have inmate Anthony Arriaga returned to the Sing Sing Correctional Facility, with DOCCS and the United States Marshal each bearing their respective costs of implementation of the terms of this Writ.

It is further ORDERED that DOCCS provide all prisoner housing and transport for Anthony Arriaga for the duration of the trial, and DOCCS security staff shall be allowed to accompany Anthony Arriaga at this time; and

It is further ORDERED that the United States Marshal shall provide safe and secure custody assistance at the United States Courthouse.

**WITNESS** the Hon. Vincent L. Briccetti, Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, this 19th day of July, 2021.

_____
Clerk, United States District Court
Southern District of New York

The within Writ is hereby allowed.

_____ 7/19/21
HON. VINCENT L. BRICCETTI
United States District Judge
Southern District of New York