UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHAMMA K. BRANDON,
               Plaintiff,

v.

MARK ROYCE,
               Defendant.
--------------------------------------------------------------x

**ORDER**

16 CV 5552 (VB)

For the reasons stated on the record at the final pretrial conference on August 30, 2021, the motions in limine were resolved.

The Clerk is instructed to terminate the motions. (Docs. ##125, 128).

Dated: August 31, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge