UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHAMMA K. BRANDON,

                Plaintiff,

      -against-

MARK ROYCE, et al.,

                Defendants.
-------------------------------------------------------------x

**PROPOSED JOINT ORDER REGARDING PHYSICAL EXHIBITS AT TRIAL**

16 CV 5552 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/21

In connection with the above-captioned action, it is HEREBY ORDERED that Plaintiff's Counsel Jeremy Baldoni, Andrew Sutton, Jacqueline Stykes and Justin Giles and Defendant's Counsel Julinda Dawkins and Amanda Yoon are authorized to bring the physical evidence and demonstrative exhibits identified below into the Courthouse located at 300 Quarropas St., White Plains, NY 10601 for the trial scheduled to begin on September 8, 2021 and to end on or about September 14, 2021.

### AUTHORIZED PHYSICAL EXHIBITS AND DEMONSTRATIVES

1.     Plaintiff is authorized to bring light bulbs, packaging for light bulbs, lighting fixtures, packaging for lighting fixtures, stands on which to mount those fixtures and bulbs, and associated wiring to be presented as evidence or demonstrative exhibits at trial.

2.     Defendant is authorized to bring light bulbs, packaging for light bulbs, lighting fixtures, packaging for lighting fixtures, stands on which to mount those fixtures and bulbs, and associated wiring to be presented as evidence or demonstrative exhibits at trial.

Dated: New York, New York

September 1, 2021

| | |
|---|---|
| **Quinn Emanuel** <br> **Urquhart & Sullivan, LLP** <br> <u>Attorneys for Plaintiff</u> | **LETITIA JAMES** <br> Attorney General <br> State of New York <br> <u>Attorney for Defendant</u> |
| By:  /s/ _____ <br> Jeremy Baldoni <br> 51 Madison Avenue, 22nd Fl. <br> New York, New York 10010 <br> (212) 849-7582 <br> jeremybaldoni@quinnemanuel.com | /s/ _____ <br> Julinda Dawkins <br> Assistant Attorney General <br> 28 Liberty Street, 18th Floor <br> New York, New York 10005 <br> (212) 416-8118 <br> Julinda.Dawkings@ag.ny.gov |

SO ORDERED:

Dated:  9/1/2021

_____
Vincent Briccetti, U.S.D.J.