UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHAMMA K. BRANDON,

                          Plaintiff,                           16 **CIVIL** 5552 (VB)

     -against-                                   **JUDGMENT**

MARK ROYCE,

                        Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Vincent L. Briccetti, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

DATED:  New York, New York
            September 16, 2021

                                                        RUBY J. KRAJICK
                                                          Clerk of Court

So Ordered:                                     BY:
_____                    _____
     U.S.D.J.                                          Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/21