UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAMMA K. BRANDON,

                  Plaintiff,

   v.

MARK ROYCE, Deputy Superintendent of
Security; LESLIE MALIN, Deputy Superintendent
of Programs; and JOHN V. WERLAU, Safety and
Security Lieutenant, in their Official and Individual
Capacities,

                Defendants.

Case No.: 16 CV 5552 (VB)(PED)

## MOTION TO WITHDRAW AS COUNSEL AND [PROPOSED] ORDER

Pursuant to Local Rule 1.4, the undersigned respectfully requests the withdrawal of

Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") as counsel of record for Plaintiff,

Mr. Chamma K. Brandon, in the above-captioned action.

On April 9, 2019, the Court entered an Order Granting Request for Pro Bono Counsel.

Dkt. 85.   The order stated: "The Court directs that the Clerk of Court seek pro bono counsel to

enter a limited appearance for the purpose of trial in the above-captioned case.   Counsel will

file a Notice of Appearance as Pro Bono Counsel."   *Id.* at 1.   On September 3, 2019, Jeremy

Baldoni, with the firm Quinn Emanuel, filed a Notice of Appearance of *Pro Bono* Counsel.

Dkt. 97.   On September 9, 2019, James Baker filed a Notice of Appearance of *Pro Bono*

Counsel.   Dkt. 110.   On September 30, 2019, Yixuan Zhu filed a Notice of Appearance of *Pro*

*Bono* Counsel.   Dkt. 122.   On July 19, 2021, Jacqueline Stykes filed a Notice of Appearance

of *Pro Bono* Counsel.   Dkt. 150.   On July 21, 2021, Andrew Sutton filed a Notice of

Appearance of *Pro Bono* Counsel.   Dkt. 153.   On August 6, 2021, Justin Giles filed a Notice

of Appearance of *Pro Bono* Counsel.   Dkt. 154.   Each of these attorneys is with the firm

Quinn Emanuel.

      The case proceeded to trial.   Trial took place between September 8, 2021 and September

16, 2021.   A verdict was reached, and judgment was entered on September 16, 2021.   Dkt.

176.   Quinn Emanuel is not asserting a retaining or charging lien.   Quinn Emanuel represented

Mr. Brandon *pro bono* through trial.   After the conclusion of trial, Mr. Brandon and Quinn

Emanuel have agreed that Quinn Emanuel should withdraw as counsel from this case.   Mr.

Brandon consents to this motion.

      Accordingly, each of the below counsel seeks to withdraw from this case:

- Jeremy Baldoni;
- James Baker;
- Yixuan Zhu;
- Jacqueline Stykes;
- Andrew Sutton; and
- Justin Giles.

      Pursuant to Local Rule 1.4, this application to withdraw will be served on Mr. Brandon

and on counsel for Defendant.

Respectfully submitted,

Dated: October 8, 2021                    By: */s/ Jeremy Baldoni*
       New York, New York                    Jeremy Baldoni
                                     James Baker
                                     Andrew Sutton
                                     Jacqueline Stykes
                                     Justin Giles
                                     Yixuan Zhu

**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Fl.
New York, New York 10010
(212) 849-7582 (Jeremy Baldoni)
jeremybaldoni@quinnemanuel.com
jamesbaker@quinnemanuel.com
andrewsutton@quinnemanuel.com
jacquelinestykes@quinnemanuel.com
justingiles@quinnemanuel.com
yixuanzhu@quinnemanuel.com

*Attorneys for Plaintiff Chamma K. Brandon*

SO ORDERED:          Dated: October __, 2021
                            White Plains, New York

_____
                            Hon. Vincent L. Briccetti
                            United States District Judge