UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

CHAMMA K. BRANDON,

                    Plaintiff,

v.

MARK ROYCE, Deputy Superintendent of
Security, LESLIE MALIN, Deputy
Superintendent of Programs, JOHN V.
WERLAU, Safety and Security Lieutenant, in
their official and individual capacities,

                    Defendants.

-----------------------------------------------------------------x

**ORDER**

16 CV 5552 (VB)

        As discussed at a conference held today and attended by plaintiff and counsel for

defendants, it is HEREBY ORDERED:

        1.      The parties are directed to continue settlement discussions in good faith.  By

**August 9, 2024**, defendants shall file a joint status report providing an update on the status of

settlement discussions and indicating whether the parties, or either of them, believe a reference to

the magistrate judge for a settlement conference would be appropriate.

        2.      The next case management conference in this matter is scheduled for

**September 17, 2024, at 12:00 p.m.** in Courtroom 620 at the White Plains Courthouse.

        3.      The Clerk is directed to reopen this matter.

        Chambers will mail a copy of this Order to plaintiff at the address on the docket and

email a copy to chamma.brandon@live.law.cuny.edu.

Dated:  July 9, 2024
        White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge