UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CHAMMA K. BRANDON,

                  Plaintiff,

v.

MARK ROYCE, Deputy Superintendent of
Security, LESLIE MALIN, Deputy
Superintendent of Programs, JOHN V.
WERLAU, Safety and Security Lieutenant, in
their official and individual capacities,

                  Defendants.

------------------------------------------------------------x

**ORDER**

16 CV 5552 (VB)

Copies Mailed/Faxed 7/18/24
Chambers of Vincent L. Briccetti

    Plaintiff, proceeding pro se and in forma pauperis, filed a letter requesting permission to make electronic case filings. (Doc. #207). Plaintiff has previously completed the Court's CM/ECF introduction course. (Doc. #90).

    Plaintiff's application is GRANTED. The Clerk is directed to reinstate plaintiff's registration as a filing user in this matter. However, if, during the course of this proceeding, plaintiff retains an attorney who appears on plaintiff's behalf, the attorney must advise the Clerk to terminate plaintiff's registration as a Filing User upon the attorney's appearance. See SDNY ECF Rules & Instructions Pt. I § 2.2(a).

    Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to chamma.brandon@live.law.cuny.edu.

Dated: July 18, 2024
      White Plains, NY

                        SO ORDERED:

                        _____
                        Vincent L. Briccetti
                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/24