UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHAMMA K. BRANDON,
                Plaintiff,

v.

MARK ROYCE, Deputy Superintendent of
Security, LESLIE MALIN, Deputy
Superintendent of Programs, JOHN V.
WERLAU, Safety and Security Lieutenant, in
their official and individual capacities,
                Defendants.
--------------------------------------------------------------x

**ORDER**

16 CV 5552 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2024

      As discussed at a conference held today on the record and attended by plaintiff and counsel for defendants, it is HEREBY ORDERED:

      1.      The next case management conference in this matter is scheduled for **January 8, 2025, at 11:30 a.m.** in Courtroom 620 at the White Plains Courthouse.

      2.      By separate order, the Court will refer the parties to the Honorable Victoria Reznik, United States Magistrate Judge, for purpose of settlement.

Dated: October 17, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge